petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. Elmer B. Collins* for the United States. Reported below: 100 F. 2d 490.

No. 657. PACIFIC MUTUAL LIFE INSURANCE Co. *v.* GOSS, ADMINISTRATRIX. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Grover Middlebrooks* for petitioner. *Mr. J. C. Murphy* for respondent.

No. 662. SPRINGFIELD ET AL. *v.* UNITED STATES. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Charles H. Beckwith* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for the United States.

No. 664. HAWKE *v.* SERVICISED PRODUCTS CORP. ET AL. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George S. Hawke* for petitioner. *Messrs. Franklin R. Overmyer* and *Adelor J. Petit, Jr.,* for respondents.

No. 665. TEXAS CITIES GAS Co. *v.* EL PASO ET AL. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Roy C. Coffee, Marshall Newcomb,* and *Wm. H. Burges* for petitioner. No appearance for respondents.